UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. FABER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:16-cv-02781-GPC-JMA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>**[ECF No. 2.]** |

On November 10, 2016, Plaintiff, proceeding with counsel, filed a Complaint seeking judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for disability insurance benefits. (Dkt. No. 1.) Along with his Complaint, Plaintiff filed a motion to proceed *in forma pauperis*. (Dkt. No. 2.)

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). A court may authorize the commencement of a suit without prepayment of fees if

the plaintiff submits an affidavit, including a statement of all of his or her assets, showing that he or she is unable to pay the fees. *See* 28 U.S.C. §1915(a).

In his Declaration, Plaintiff states that he is currently unemployed, receives $194 monthly in public-assistance income from food stamps, and has no assets or cash. Plaintiff states that he spends $194 on food expenses monthly. Plaintiff states that he has paid or will be paying an attorney for services in connection with this case, although he does not state the amount. Plaintiff has no other income and is residing at his girlfriend's residence. The Court finds that Plaintiff has sufficiently demonstrated he is unable to pay the required filing fee. Accordingly, the Court **GRANTS** Plaintiff's motion to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

Dated: December 1, 2016

*(signature)*
Hon. Gonzalo P. Curiel
United States District Judge